**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6336**

DAVID FITZGERALD LIGHTNER,

                Plaintiff - Appellant,

        v.

CHRISTOPHER ZYCH, United States Bureau of Prisons Warden; R.
COSGRO, Supervisory Chaplain; T. ROBINSON, Chaplain;
WALTERS, Chaplain; JOHN DOE, Statutory Agent Officer; JANE
DOE, Statutory Agent Officer,

                Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge. (7:14-cv-00019-JCT-RSB)

Submitted:  June 19, 2014              Decided:  June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Fitzgerald Lightner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Fitzgerald Lightner appeals the district court's order construing his complaint as an action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and denying relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Lightner v. Zych</u>, No. 7:14-cv-00019-JCT-RSB (W.D. Va. Feb. 19, 2014).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] To the extent Lightner argues the court erred in not allowing him to seek injunctive relief under the Administrative Procedures Act, Lightner's subsequent transfer to another facility moots this claim.

2